# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Orin Snyder
Direct: +1 212.351.2400
Fax: +1 212.351.6335
OSnyder@gibsondunn.com

February 8, 2022

*VIA ECF*

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007



Re:   *J.C. v. Zimmerman*, 22-cv-323-KPF (S.D.N.Y.)

Dear Judge Polk Failla:

I am lead counsel for Defendant in the above-captioned matter.  I submit this letter to respectfully request an adjournment of the Initial Pretrial Conference currently scheduled for March 9, 2022, at 10:30 a.m.  I am taking a deposition that day and am therefore unable to attend the conference if held on March 9.

Plaintiff's counsel has consented to adjourn to a date after March 9, 2022.  Counsel to all parties are available on March 10 at 10:00 or 10:30 a.m.

Accordingly, we respectfully request that the initial pretrial conference be adjourned to March 10, 2022 at 10:00 or 10:30 a.m.  If this date and time are not convenient for the Court, the parties will confer to find another date and time for the Initial Pretrial Conference.

No previous requests for adjournment of the Initial Pretrial Conference have been made.

Respectfully submitted,

/s/ Orin Snyder

cc: All counsel of record (via ECF)

Application GRANTED.  The initial pretrial conference in this matter is hereby ADJOURNED to **March 18, 2022, at 10:00 a.m.**

The Clerk of Court is directed to terminate the motion at docket entry 12.

Dated:	February 9, 2022
	New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE