

The Liberty Building
424 Main Street, Suite 1300
Buffalo, New York 14202
P: 716.849.8900 F: 716.855.0874

**Andrea Schillaci**
as@hurwitzfine.com

June 1, 2022

*Via ECF and E-mail*

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York  10007

      Re:    J.C. v. Zimmerman
                Action No. 22-cv-323-KPF

Dear Judge Polk Failla:

      I represent Defendant Bob Dylan in this action.  Yesterday, I submitted a letter requesting a conference with the Court to discuss Plaintiff's counsel's failure to provide responses to Defendant's document requests by the Court-ordered deadline of May 30, 2022.  ECF 28.  I write to inform the Court that after I submitted my letter, Plaintiff's counsel finally provided the late responses and objections to Defendant's document requests.  As a result, I hereby withdraw my request for a conference on this issue.  We remain available at the Court's convenience should the Court wish to discuss this matter.

                                  Respectfully,

                                  HURWITZ FINE P.C.

                                  Andrea Schillaci

AS/nm

Locations:  Buffalo (headquarters) • Albany • Albion • Amherst • Hartford, CT
Melville • Niagara Falls • Rochester • Utica • FAX/EMAIL NOT FOR SERVICE



Hon. Katherine Polk Failla
June 1, 2022
Page 2

cc: Daniel William Isaacs, Esq.
    Peter Joseph Gleason, Esq.
    Orin Snyder, Esq.
    Brian C. Ascher, Esq.
    Jeremy A. Bunting, Esq.
    Greta B. Williams, Esq.
    Alexandra Perloff-Giles, Esq.