

HURWITZ FINE PC

The Liberty Building
424 Main Street, Suite 1300
Buffalo, New York 14202
P: 716.849.8900 F: 716.855.0874

**Andrea Schillaci**
as@hurwitzfine.com

June 1, 2022

***Via ECF and E-mail***

**MEMO ENDORSED**

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

Re: J.C. v. Zimmerman
Action No. 22-cv-323-KPF

Dear Judge Polk Failla:

I represent Defendant Bob Dylan in this action. Yesterday, I submitted a letter requesting a conference with the Court to discuss Plaintiff's counsel's failure to provide responses to Defendant's document requests by the Court-ordered deadline of May 30, 2022. ECF 28. I write to inform the Court that after I submitted my letter, Plaintiff's counsel finally provided the late responses and objections to Defendant's document requests. As a result, I hereby withdraw my request for a conference on this issue. We remain available at the Court's convenience should the Court wish to discuss this matter.

Respectfully,

HURWITZ FINE P.C.

Andrea Schillaci

AS/nm





cc: Daniel William Isaacs, Esq.
Peter Joseph Gleason, Esq.
Orin Snyder, Esq.
Brian C. Ascher, Esq.
Jeremy A. Bunting, Esq.
Greta B. Williams, Esq.
Alexandra Perloff-Giles, Esq.

The Court is in receipt of Defendant's June 1, 2022, and May 31, 2022 letters (Dkt. #29, 28), which follow Defendant's May 16, 2022 letter raising similar issues related to Plaintiff's noncompliance with the discovery deadlines in this case (Dkt. #25). The Court has previously warned Plaintiff that failure to abide by the discovery deadlines will not be tolerated. (Dkt. #27). The Court expects that Plaintiff will heed that warning and meet her obligations in this case without Court intervention. If, however, Plaintiff continues to neglect her responsibilities in this case, the Court will take appropriate action at that time.

The Clerk of Court is directed to terminate the motions at docket entries 28 and 29.

Dated: June 2, 2022
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE