UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
J.C.,

                Plaintiff,

    -v.-

ROBERT ALLEN ZIMMERMAN, *a/k/a Bob Dylan*,

                Defendant.

------------------------------------------------------------------x

22 Civ. 323 (KPF)

**ORDER**

Upon the application of counsel for Defendant Bob Dylan, the Court, having considered the parties' letters (Dkt. #25, 26, 28, 29, 33, 34) and the July 15, 2022 argument of counsel, hereby **ORDERS**:

1. That Plaintiff will produce all documents responsive to Defendant's First Set of Requests for Production on or before **July 22, 2022**;

2. That Plaintiff will respond to Defendant's Second Set of Requests for Production on or before **August 10, 2022**; and

3. That Plaintiff will produce all documents responsive to Defendant's Second Set of Requests for Production on or before **August 15, 2022**.

    **SO ORDERED.**

Dated:  July 15, 2022
          New York, New York

*[Signature: Katherine Polk Failla]*

**HON. KATHERINE POLK FAILLA**
**UNITED STATES DISTRICT JUDGE**