UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.C.,

                Plaintiff,

      -v.-

ROBERT ALLEN ZIMMERMAN,
*a/k/a Bob Dylan*,

                Defendant.

22 Civ. 323 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

      The parties are hereby ORDERED to appear for a conference on **July 28, 2022, at 2:30 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.  The parties shall be prepared to discuss the representations made in Plaintiff's July 19, 2022 letter.  (*See* Dkt. #38).

      SO ORDERED.

Dated:  July 21, 2022
             New York, New York

                                                                KATHERINE POLK FAILLA
                                                                United States District Judge