UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

J.C.,

        Plaintiff,

  -against-

ROBERT ALLEN ZIMMERMAN a/k/a BOB DYLAN,

        Defendant.

-----------------------------------------------------------------x

Case No. 22-cv-00323-KPF

**Oral Argument Requested**

**NOTICE OF DEFENDANT BOB DYLAN'S MOTION FOR SANCTIONS**

    **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated October 3, 2022, the accompanying Declaration of Brian Ascher, dated October 3, 2022, together with exhibits thereto, all prior pleadings and proceedings herein, and such argument as may be received by this Court at the time of hearing, Defendant Bob Dylan will respectfully move this Court, before the Honorable Judge Katherine Polk Failla, United States District Judge, United States District Court for the Southern District of New York, 40 Foley Square, New York, New York, at a date and time to be determined by the Court for an order granting Defendant's motion for discovery sanctions pursuant to Federal Rule of Civil Procedure 37 against Daniel W. Isaacs and Peter J. Gleason for violations of the Court's discovery orders and related discovery misconduct in the above-captioned action.

    **PLEASE TAKE FURTHER NOTICE** that, in accordance with the August 8, 2022 Order entered in this action, ECF No. 46, Mr. Isaacs' and Mr. Gleason's opposition shall be filed no later than November 18, 2022, and Defendants' reply, if any, shall be filed no later than December 9, 2022.

Dated: October 3, 2022  
New York, NY

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Orin Snyder
Orin Snyder
Brian Ascher
Greta Williams
Jeremy Bunting
Alexandra Perloff-Giles
OSnyder@gibsondunn.com
BAscher@gibsondunn.com
GBWilliams@gibsondunn.com
JBunting@gibsondunn.com
APerloff-Giles@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000

Andrea Schillaci
Hurwitz & Fine, P.C.
AS@hurwitzfine.com
1300 Liberty Building
Buffalo, NY 14202
Telephone: 716.849.8900

*Attorneys for Defendant*