# Exhibit F

# Bunting, Jeremy

| | |
|---|---|
| **From:** | Daniel W Isaacs <daniel.isaacs@danwisaacsesq.com> |
| **Sent:** | Tuesday, March 1, 2022 2:43 PM |
| **To:** | Bunting, Jeremy |
| **Cc:** | Ascher, Brian C.; Andrea Schillaci; Williams, Greta B.; Snyder, Orin; Peter J. Gleason (PJGleason@aol.com) |
| **Subject:** | JC v. Zimmerman |
| **Attachments:** | jc.pgleasongibsondunnltr.pdf |

**[WARNING: External Email]**

Good afternoon Jeremy,

Attached is a letter sent by Mr. Gleason to Barbara Becker, Esq. on February 25, 2022. There has been no response and we shall therefore be filing a premotion letter to the Court seeking permission to file a motion that seeks an
Order recusing your firm from this matter for the reasons set forth therein. Accordingly, we shall not proceed with the conference scheduled for tomorrow.

Best regards.

Dan

1