# Exhibit G

## Bunting, Jeremy

| | |
|---|---|
| **From:** | Ascher, Brian C. |
| **Sent:** | Thursday, March 10, 2022 10:32 AM |
| **To:** | Daniel W Isaacs |
| **Cc:** | Bunting, Jeremy; Andrea Schillaci; Snyder, Orin; Williams, Greta B. |
| **Subject:** | RE: Court letter |
| **Attachments:** | JC - Case Management Plan and Scheduling Order.pdf |

Dan,

As you were required to begin conferring with us three weeks ago, but refused, and since the letter and proposed case management plan are due today, we were about to file our own letter and proposed plan. Emailing us on the day the letter and proposed plan are due to first *begin* discussions regarding these submissions (that should have started three weeks ago) is clearly in bad faith. That being said, we are willing to discuss the schedule. We just called you but there was no answer. Attached is the proposed case management plan we were about to submit. We believe these dates are all eminently reasonable. Please confirm you agree. At this late stage, it may no longer be possible to submit a joint the letter, especially given the content you propose, but we will take a look at what you sent.

Please let us know if you are available by phone at or after 11:30 to discuss the proposed schedule.

Best,
Brian


**Brian C. Ascher**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.3989 • Fax +1 212.351.6289
BAscher@gibsondunn.com • www.gibsondunn.com

---

**From:** Daniel W Isaacs <daniel.isaacs@danwisaacsesq.com>
**Sent:** Thursday, March 10, 2022 8:55 AM
**To:** Bunting, Jeremy <JBunting@gibsondunn.com>
**Subject:** Court letter

**[WARNING: External Email]**

Good morning Jeremy,

Attached is a draft of the joint letter as required pursuant to the Notice of Initial Pretrial conference. Please provide any revisions and call me to discuss the dates for the Proposed Civil Case Management Plan and Scheduling Order.

Best regards.

Dan