# Exhibit H

**Bunting, Jeremy**

| | |
|---|---|
| **From:** | Daniel W Isaacs <daniel.isaacs@danwisaacsesq.com> |
| **Sent:** | Monday, April 18, 2022 3:45 PM |
| **To:** | Andrea Schillaci |
| **Subject:** | JC v. Zimmerman |

Good afternoon Andrea,

My apologies but I will serve my initial demands tomorrow and will have responses to your demands within the next two weeks.  I am sorry for the delay.  If in the interim you should have any questions please do not hesitate to call.

Best regards.

Dan