# Exhibit I

LAW OFFICES OF

# DANIEL W. ISAACS

A PROFESSIONAL LIMITED LIABILITY COMPANY

122 CROSS RIVER ROAD
MOUNT KISCO, NEW YORK 10549
TEL: (646) 438-2100
EMAIL: DANIEL.ISAACS@DANWISAACSESQ.COM

May 3, 2022

**VIA ELECTRONIC AND FIRST CLASS MAIL**

Andrea Schillaci, Esq.
Hurwitz & Fine, P.C.
424 Main Street
#1300
Buffalo, New York 14202

    Re: *JC v. Zimmerman*
        Venue: USDC/Southern District of New York
        Case No.: 22-cv-00323-KPF

Dear Ms. Schillaci:

    I hope this letter finds you well. In furtherance of our conversation yesterday afternoon enclosed are duly executed Hippa-compliant authorizations for the following:

[redacted]

Please note that I am still working on the Interrogatory responses. You will have them tomorrow. My apologies again.

                Very truly yours,

                LAW OFFICES OF DANIEL W. ISAACS, PLLC

                */s/ Daniel W. Isaacs*
                DANIEL W. ISAACS