# Exhibit L

**Bunting, Jeremy**

| | |
|---|---|
| **From:** | Daniel W Isaacs <daniel.isaacs@danwisaacsesq.com> |
| **Sent:** | Friday, June 17, 2022 11:36 AM |
| **To:** | Ascher, Brian C.; Perloff-Giles, Alexandra; Peter J. Gleason (PJGleason@aol.com); Andrea Schillaci; Bunting, Jeremy |
| **Cc:** | Snyder, Orin |
| **Subject:** | RE: J.C. v. Dylan - M&C |

**[WARNING: External Email]**

That is correct Brian.  Have a great weekend and a Happy Father's day.
Best regards.
Dan

**From:** Ascher, Brian C. <BAscher@gibsondunn.com>
**Sent:** Friday, June 17, 2022 11:27 AM
**To:** Daniel W Isaacs <daniel.isaacs@danwisaacsesq.com>; Perloff-Giles, Alexandra <APerloff-Giles@gibsondunn.com>; Peter J. Gleason (PJGleason@aol.com) <pjgleason@aol.com>; Andrea Schillaci <AS@hurwitzfine.com>; Bunting, Jeremy <JBunting@gibsondunn.com>
**Cc:** Snyder, Orin <OSnyder@gibsondunn.com>
**Subject:** RE: J.C. v. Dylan - M&C

Dan,

Following up on our meet and confer yesterday afternoon, I am writing to confirm the commitments you made.   You committed to the following:

- **by this weekend:** provide the missing medical provider and pharmacy authorizations;
- **by this weekend:** provide the complete contact information for the alleged witnesses identified in Plaintiff's interrogatory responses, Olivia Whiteman, Jean Miller, and Eve Leber;
- **by next Friday, June 24:** provide supplemental interrogatory responses providing the missing information identified in Ms. Schillaci's letter to you, dated June 8, 2022;
- **by June 30:** produce Plaintiff's complete document production in response to Defendant's First Requests for Production.

Best,
Brian


**Brian C. Ascher**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.3989 • Fax +1 212.351.6289
BAscher@gibsondunn.com • www.gibsondunn.com


**From:** Daniel W Isaacs <daniel.isaacs@danwisaacsesq.com>
**Sent:** Thursday, June 16, 2022 3:42 PM

1

**To:** Perloff-Giles, Alexandra <APerloff-Giles@gibsondunn.com>; Peter J. Gleason (PJGleason@aol.com) <pjgleason@aol.com>; Ascher, Brian C. <BAscher@gibsondunn.com>; Andrea Schillaci <AS@hurwitzfine.com>; Bunting, Jeremy <JBunting@gibsondunn.com>
**Subject:** Re: J.C. v. Dylan - M&C

**[WARNING: External Email]**

My apologies everyone.  Running about 15 minutes.  My client is still on the stand…

---

**From:** Perloff-Giles, Alexandra <APerloff-Giles@gibsondunn.com>
**Sent:** Wednesday, June 15, 2022 3:58 PM
**To:** Daniel W Isaacs <daniel.isaacs@danwisaacsesq.com>; Peter J. Gleason (PJGleason@aol.com) <pjgleason@aol.com>; Ascher, Brian C. <BAscher@gibsondunn.com>; Andrea Schillaci <AS@hurwitzfine.com>; Bunting, Jeremy <JBunting@gibsondunn.com>
**Subject:** J.C. v. Dylan - M&C
**When:** Thursday, June 16, 2022 4:30 PM-5:00 PM.
**Where:** +16465588656,,97830305791#

Dial-in: 1-646-558-8656
Meeting ID: 978 303 05791

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.