UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

J.C.,                                          22 Civ. 323 (KPF)

                            Plaintiff,

           - against -                         NOTICE OF CROSS-
                                               MOTION TO
                                               WITHDRAW


ROBERT ALLEN ZIMMERMAN a/k/a
BOB DYLAN,


                            Defendant.
------------------------------------------------------------x

        PLEASE TAKE NOTICE that pursuant to Local Rule 1.4 Daniel W.
Isaacs and Peter J. Gleason hereby cross-move for leave to withdraw as
counsel for Plaintiff and submit in support of this cross-motion the following
papers in support:  the accompanying affirmation of Daniel W. Isaacs, dated
November 18, 2022; the supporting memorandum of law, dated November
18, 2022; the sealed transcript of proceedings before the Court on July 28,
2022; the Court's endorsed Order, entered on the docket as ECF Doc. # 46,
and the prior proceedings had herein.

Dated:  November 18, 2022

                                  Nathaniel B. Smith
                                  225 Broadway – Suite 1901
                                  New York, New York 10007
                                  212-227-7062
                                  natbsmith@gmail.com
                                  Attorney for Daniel W. Isaacs,
                                        and Peter J. Gleason


TO:

All Counsel (Via ECF)

Plaintiff (Via Email)