UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.C.,

                              Plaintiff,

                 -v.-

ROBERT ALLEN ZIMMERMAN,
*a/k/a Bob Dylan*,

                              Defendant.

22 Civ. 323 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    The Court is presently reviewing Defendant's motion for sanctions pursuant to Federal Rule of Civil Procedure 37(b) (Dkt. #49), and Plaintiff's counsel's cross-motion for leave to withdraw (Dkt. #55).  In Defendant's opening brief, he asserts that "Defendant had also, on June 1, 2022, produced approximately 60 relevant emails to and from Plaintiff, which he had obtained via third-party subpoenas." (Dkt. #50 at 13).  However, the record cite given in support notes only that Defendant had received these emails from a deponent at some point prior to the deponent's July 26, 2022 deposition.  (Dkt. #44 at 1). It would aid the Court to receive the specific communications from the defense to Plaintiff's counsel prior to July 15, 2022, that either make reference to or include emails to and from Plaintiff that were received in third-party discovery. Given the Court's interest in resolving these motions, the Court requests that such materials be filed on or before **September 27, 2023**.  To the extent that the communications or their attachments contain sensitive information,

Defendant may file the materials under seal, viewable to the Court and parties only.

      SO ORDERED.

Dated:  September 23, 2023
        New York, New York

_____
      KATHERINE POLK FAILLA
      United States District Judge